UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 23 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VITALY IVANOVICH SMAGIN,<br><br>        Petitioner-Appellee,<br><br> v.<br><br>ASHOT YEGIAZARYAN, AKA Ashot<br>Egiazaryan,<br><br>        Respondent-Appellant. | No. 23-55524<br><br>D.C. No. 2:14-cv-09764-RGK-PLA<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:  R. NELSON and BUMATAY, Circuit Judges.

The motion to stay both the district court's May 22, 2023 order and further district court proceedings (Docket Entry No. 7) is denied without prejudice to renewal following presentation to the district court.  *See* Fed. R. App. P. 8(a)(1).

The opening brief and excerpts of record remain due September 18, 2023. The answering brief remains due October 18, 2023.  The optional reply brief remains due within 21 days after service of the answering brief.

OSA114