# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue*
*New York, New York 10017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Vincent Levy*
*646-837-5151*
*vlevy@hsgllp.com*

June 23, 2023

VIA ECF
Molly Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939
(415) 355-8000

Re: *Smagin v. Yegiazaryan*, No. 23-55524 (Ninth Cir. 2023)

Dear Ms. Dwyer:

    I write on behalf of Respondent-Appellant in the captioned appeal. Earlier today, the Court denied Appellant's emergency motion to stay the lower court order on appeal (and further related proceedings) pending appeal. Dkt. 19. The Court noted that the motion is "denied without prejudice to renewal following presentation to the district court." *Id*. Appellant (proceeding *pro se* in the district court), however, presented a motion to stay pending appeal to the district court, pursuant to Fed. R. App. P. 8. The district court denied the motion on June 13, 2023. *See* Case No. 2:14-cv-9764 (C.D. Cal.), Dkt. 423. That denial is enclosed hereto.

    Accordingly, Appellant respectfully renews the emergency motion for a stay pending appeal, for the reasons given in Appellant's emergency motion (Dkt. 7) and reply brief in further support of the motion (Dkt. 15). Appellee's opposition is at Dkt. 12.

    Relief is respectfully requested by the end of today, for the reasons stated in the emergency motion, and in light of the fact that the district court has set a show-cause hearing for this coming Monday, June 26 regarding the imposition of further sanctions, including imprisonment, based on the order being appealed. If the Court needs additional time to consider the motion, Appellant respectfully asks that the Court enter a temporary administrative stay of the district-court proceedings to permit such review.

Respectfully submitted,

/s/ *Vincent Levy*
Vincent Levy

6/12/23
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY

**DENIED BY THE COURT**
No good cause shown.

By: /s/ Gary Klausner
Hon. R. Gary Klausner
U.S. District Judge
Dated: 6/13/2023

1  Ashot Yegiazaryan
2  655 Endrino Place
   Beverly Hills, CA 90210
3  310-739-6033
4
   Defendant In Pro Per
5

6
7
8                UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
9

10  VITALY IVANOVICH SMAGIN,                Case No. 14-cv-09764-RGK-PLA
11
                                            [PROPOSED] ORDER GRANTING
12              Petitioner,                 RESPONDENT'S EMERGENCY *EX
                                            PARTE* APPLICATION FOR A STAY
13        v.                                PENDING APPEAL
                                                                         [418]
14  ASHOT YEGIAZARYAN, a.k.a.
15  ASHOT EGIAZARYAN,
16
17              Respondent.

18
19      Before the Court is Respondent Ashot Yegiazaryan's Emergency *Ex Parte*
20  Application for a stay pending appeal. After reviewing the pleadings, evidence, and other
21  materials and being fully informed, the Court orders as follows:
22      On this motion, the Court considers "(1) whether the stay applicant has made a
23  strong showing that he is likely to succeed on the merits; (2) whether the applicant will be
24  irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure
25  the other parties interested in the proceeding; and (4) where the public interest lies." *Nken*
26  *v. Holder*, 556 U.S. 418, 434 (2009).
27      Respondent has set forth substantial questions that will be raised on appeal. *Leiva-*
28  *Perez v. Holder*, 640 F.3d 962, 966-967 (9th Cir. 2011); *see Smagin v. Yegiazaryan*, 733 F.

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR STAY PENDING APPEAL

App'x 393, 397 (9th Cir. 2018). He also stands to suffer irreparable harm if a stay is not entered. *See Credit Suisse v. U.S. Dist. Ct. for Cent. Dist. of California*, 130 F.3d 1342 (9th Cir. 1997). In light of the foregoing, the equities also favor entry of a stay.

Accordingly, the Court issues the following order, the terms of which are set forth below:

**IT IS HEREBY ORDERED** that the emergency *ex parte* application for a stay of the Order at Dkt. 411, and any further contempt proceedings, is **GRANTED**. This stay shall dissolve after the United States Court of Appeals issues its mandate to this Court.

**IT IS SO ORDERED.**

Dated: June _____, 2023

**DENIED BY THE COURT**

R. GARY KLAUSNER
United States District Judge

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR STAY PENDING APPEAL